Certificate Number: 01267-ILN-DE-007715831

Bankruptcy Case Number: 09-19037

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on July 17, 2009, at 12:08 o'clock PM CDT, Veronica Perez completed a course on personal financial management given by internet and telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: July 17, 2009        By      /s/Jamal Smith

                           Name    Jamal Smith

                           Title   Counselor